# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**CHOICE HOTELS INTERNATIONAL, INC.**
1 Choice Hotels Circle, Suite 400
Rockville, Maryland 20850

      Plaintiff,

v.              Case No.: _____

**TK HOSPITALITY GROUP, LLC,**
a South Carolina limited liability corporation
166 Pryor St., SW
Atlanta, GA 30303
SERVE: Brian Newman, Registered Agent
3380 Peachtree Rd., NE, #2206
Atlanta, GA 30326

  and

**BRSV, LLC,**
a Georgia limited liability corporation
925 B Peachtree Street, NE #451
Atlanta, GA 30309
SERVE: Brandon Riddick-Seals, Manager/Member
3380 Peachtree Rd., NE, #2202
Atlanta, GA 30326

  and

**RAKASH PATEL**
60 Old Still Rd.
Columbia, SC 29223

  and

**BRIAN DEQUINCEY NEWMAN**
3380 Peachtree Rd., NE, #2206
Atlanta, GA 30326

and

**THAKORBHAI N. PATEL**
97 Old Still Rd.
Columbia, SC 29223

and

**BRANDON RIDDICK-SEALS**
3380 Peachtree Rd., NE, #2202
Atlanta, GA 30326

Defendants

## COMPLAINT FOR CONFESSED JUDGMENT

**COMES NOW**, Plaintiff, **CHOICE HOTELS INTERNATIONAL, INC.**, ("Choice"), by and through undersigned counsel, Kristen K. Bugel, Esq., and hereby sues and confesses judgment against Defendants **TK HOSPITALITY GROUP, LLC, BRSV, LLC, RAKASH PATEL, BRIAN DEQUINCEY NEWMAN, THAKORBHAI N. PATEL and BRANDON RIDDICK-SEALS**, and in support thereof states as follows:

1. Plaintiff Choice Hotels International, Inc., (hereinafter "Choice") is a business incorporated under the laws of the state of Delaware with principal offices located at 1 Choice Hotels Circle, Suite 400, Rockville, Maryland. Plaintiff is in the business of, *inter alia*, hospitality franchising, allowing licensees to operate hotels in Plaintiff's systems while using Plaintiff's brand marks, including but not limited to the Cambria® hotels & suites brand mark.

2. Based upon information and belief, Defendant TK Hospitality Group, LLC is a limited liability company organized under the laws of the state of South Carolina, with its principal place of business located in the state of Georgia.

3. Based upon information and belief, Defendant BRSV, LLC is a limited liability company organized under the laws of the state of Georgia, with its principal place of business located in the state of Georgia.

4. Based upon information and belief, Defendants Rakash Patel, Brian DeQuincey Newman, Thakorbhai N. Patel and Brandon Riddick-Seals are citizens of and domiciled in the state of Georgia.

5. On or about September 30, 2015, Choice entered into a Franchise Agreement with TK Hospitality Group, LLC, pursuant to which TK Hospitality Group, LLC would construct, open and operate a 139-room hotel in Atlanta, GA utilizing Choice's Cambria® hotel & suites brand marks.[1]

6. On or about January 14, 2016, BRSV, LLC, Rakash Patel, Brian DeQuincey Newman, Thakorbhai N. Patel, and Brandon Riddick-Seals executed a guaranty in which they agreed to guaranty all of TK Hospitality Group, LLC's obligations under the Franchise Agreement.[2]

7. TK Hospitality Group, LLC, BRSV, LLC, Rakash Patel, Brian DeQuincey Newman, Thakorbhai N. Patel, and Brandon Riddick-Seals are hereinafter collectively referred to as "Defendants."

8. Choice also entered into an agreement with Defendants under which Choice would lend Defendants the sum total of Two Million, Seven Hundred Twenty-Eight Thousand Dollars ($2,728,000.00) as part of an incentive program to be used by Defendants solely for purposes related to the construction and operation of the hotel. Defendants each individually

---

[1] *See* Franchise Agreement, submitted herewith as **Exhibit 1.**
[2] *See* Guaranty, submitted herewith as **Exhibit 2**

executed a Promissory Note dated April 20, 2016 in Choice's favor, accepting liability to Choice for the loan repayment and promising to repay the loan amount, together with interest, within fifteen (15) years from the hotel's opening date or immediately upon Defendants' default of the terms of the Promissory Note. Material default of the Promissory Note includes, but is not limited to, termination of the Franchise Agreement, for whatever reason.[3]

9. The incentive loan would be made in two separate installment payments of One Million, Three Hundred Sixty-Four Thousand Dollars ($1,364,000.00), with the first installment to be paid immediately upon the execution of the Promissory Note, and the second installment to be paid within 30 days of the opening date of the hotel. Choice distributed the initial $1,364,000.00 incentive loan installment on or about April 22, 2016.

10. On or about October 5, 2017, Choice sent a Notice of Default to Defendants due to Defendants' failure to meet the construction milestones required by Addendum 4 to the Franchise Agreement.[4]

11. Defendants failed to cure the default within the 30-day cure period required by the Notice of Default. Accordingly, on or about December 6, 2017 Choice sent a Notice of Failure to Cure Default to Defendants, notifying Defendants that they remained in default. The Notice also advised Defendants that the Franchise Agreement would be terminated if Defendants failed to open the hotel by December 31, 2017, the Construction Completion deadline required by the Franchise Agreement and modified by addenda to the Franchise Agreement.[5]

---

[3] *See* Promissory Note, Section 5.1(3), submitted herewith as **Exhibit 3**.
[4] *See* Addendum 4, Section 2, submitted herewith as **Exhibit 6**.
[5] *See* **Exhibit 1**, Section 6(r)(3); *See* Addendum 2, Section 3, submitted herewith as **Exhibit 4**; Addendum 3, Section 3, submitted herewith as **Exhibit 5**; Addendum 5, Section 1, submitted herewith as **Exhibit 7**.

4

12.     On or about January 3, 2018, Choice sent a Notice of Termination to Defendants due to Defendants' failure to meet construction milestones and to open the hotel by December 31, 2017. This termination constituted a default under the Promissory Note.

13.     In the event of a Default, Section 5.5 of the Promissory Note authorizes Choice to appear for it in any court of record and to confess judgment against Defendants without process and in accordance with the laws of the State of Maryland for all amounts owed under Sections 5.2, 5.3 and 5.4 of the Promissory Note.

14.     Section 5.2 of the Promissory Note gives Choice the right to demand immediate repayment of the principal amount of the loan, minus the product of the amount loaned multiplied by the number of full years from the hotel's commencement of operation to default divided by fifteen (the "Default Payment Amount"). The hotel never commenced operation, therefore the Default Payment Amount is the entire principal amount loaned, or $1,364,000.00.

15.     Pursuant to the Promissory Note, Defendants also owe Plaintiff pre- and post-default interest. Under Section 2.1 of the Promissory Note, pre-default interest accrues on the Default Payment Amount at the annual rate of Prime[6] plus two percent, multiplied by the Default Payment Amount divided by 365 and multiplied by the days the loan remained outstanding prior to default. Under Section 5.3 of the Promissory Note, Post-default interest accrues on the Default Payment Amount at the annual rate of Prime plus seven percent, multiplied by the Default Payment Amount, divided by 365, and multiplied by the days the loan remained outstanding post-default.[7] The total interest due under the Promissory Note through October 31,

---

[6] Pursuant to the Promissory Note, Prime initially refers to the prime rate quoted by the Wall Street Journal Prime Rate as of the Distribution Date. During the period in which all or any portion of the Principal Amount remains outstanding, Prime shall adjust from time to time as the rate quoted by the Wall Street Journal adjusts.
[7] *See* Incentive Note Interest Calculation, submitted herewith as **Exhibit 8**.

2018 equals Two Hundred Sixty-Eight Thousand, Six Hundred Thirty-Three Dollars and Twenty-Six Cents ($268,633.26).

16. Accordingly, Plaintiff has the authority to confess judgment on Defendants, without process, in favor of Plaintiff, as follows:

> a. Outstanding Principal in the amount of **One Million, Three Hundred Sixty-Four Thousand Dollars ($1,364,000.00)**;
>
> b. Pre-default interest accruing on the Default Payment Amount at the rate of Prime plus two percent from April 22, 2016 through January 2, 2018 in the amount of **One Hundred Thirty-Five Thousand, Four Hundred Nine Dollars and Seventy Cents ($135,409.70)**.
>
> c. Post-default interest accruing on the Default Payment Amount at the rate of Prime plus seven percent from January 3, 2018 through October 31, 2018 in the amount of **One Hundred Thirty-Three Thousand, Two Hundred Twenty-Three Dollars and Fifty-Six Cents ($133,223.56)**.

17. This Court has personal jurisdiction over the parties pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-103(b) (1).

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

A. GRANT Plaintiff's Complaint for Confessed Judgment against Defendants TK Hospitality Group, LLC, BRSV, LLC, Rakash Patel, Brian DeQuincey Newman, Thakorbhai N. Patel and Brandon Riddick-Seals;

B. Enter a JUDGMENT BY CONFESSION against Defendants, individually, jointly and severally, in the total amount of ONE MILLION, SIX HUNDRED THIRTY-TWO THOUSAND, SIX HUNDRED THIRTY-THREE DOLLARS AND TWENTY-SIX CENTS

which is comprised of:

    1. Outstanding Principal in the amount of **One Million, Three Hundred Sixty-Four Thousand Dollars ($1,364,000.00)**;

    2. Accrued Interest in the amount of **Two Hundred Sixty-Eight Thousand, Six Hundred Thirty-Three Dollars and Twenty-Six Cents ($268,633.26)**;

C.    GRANT Plaintiff an award as and for continuing interest at the rate of Prime plus 7 percent until all amounts are paid;

D.    GRANT Plaintiff court costs in the amount of **Four Hundred Dollars ($400.00)**;

E.    and GRANT Plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

*/s/ Kristen K. Bugel*

Kristen K. Bugel, Esq.
1 Choice Hotels Circle, Suite 400
Rockville, Maryland 20850
(301) 592-5191

Attorney for Plaintiff
Choice Hotels International, Inc.

7